UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBBIN EGAN,

                            Petitioner,                    <u>ORDER</u>

                                                                      04-CV-6544L

            v.

ELIOT SPITZER,

                            Respondent.
_____

      By letter dated April 27, 2005, petitioner, Robbin Egan, requests additional time within which to reply to respondent's answer. The request is granted and if petitioner intends to file a reply it must be filed on or before August 1, 2005.

      IT IS SO ORDERED.

                                                     _____
                                                        DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
         May 3, 2005.