UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBBIN EGAN,

                Petitioner,

                                              <u>ORDER</u>

                                              04-CV-6544L

          V.

ELIOT SPITZER,

                Respondent.
_____

      By letter, received via facsimile on December 2, 2005, petitioner, Robbin Egan, requests an additional 90 days within which to file a reply to respondent's answer in this habeas corpus case. The request is denied. First of all, there is no requirement that petitioner file a reply to the answer. In addition, petitioner has requested several prior extensions. The last one granted by the Court on October 4, 2005 indicated that no further extensions would be granted.

      The Court has several other cases that it must decide prior to resolving petitioner's case and, therefore, if she does file a reply prior to the Court's deciding the case, the Court will consider it.

      IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       December 12, 2005.

'

'